# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ehsan JALAL,

                Petitioner,

       v.

Kristi NOEM, Secretary, U.S.
Department of Homeland Security; et al.,

              Respondents

Case No. 5:26-cv-00510-CAS-SP

**ORDER ON MOTION FOR LEAVE TO AMEND PETITION FOR WRIT OF HABEAS CORPUS**

The Honorable Sheri Pym
United States Magistrate Judge

**ORDER ON MOTION FOR LEAVE TO AMEND**

Having reviewed, inter alia, Petitioner's Motion for Leave to Amend his Petition for Writ of Habeas Corpus, the Supporting Memorandum of Points and Authorities, the Declaration of counsel, and the attached, proposed Second Amended Petition for Writ of Habeas Corpus, the Court finds that: (1) the amendment was filed without undue delay; (2) Petitioner has requested the amendment in good faith and not as a dilatory tactic; (3) Petitioner is not seeking to correct deficiencies in his prior Petition for Writ of Habeas Corpus; (4) the amendment will not unduly prejudice Respondents; and (5) the amendment is not futile. See *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

Accordingly, the Court grants Petitioner's Motion for Leave to Amend Petition for Writ of Habeas Corpus.

The Court directs Petitioner to file his Second Amended Petition for Writ of Habeas Corpus on or before April 6, 2026.

Respondents must respond to Petitioner's Second Amended Petition on or before April 15, 2026.

Petitioner may file a reply within three days of the filing of Respondents' response.

DATED: April 3, 2026

_____

Honorable Sheri Pym
United States Magistrate Judge

2